UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY PAUL LUCERO, | No. 2:24-cv-00267 KJM CSK P |
| Petitioner, | |
| v. | ORDER |
| PEOPLE OF THE STATE OF CALIFORNIA, | |
| Respondent. | |

Petitioner is a county prisoner, proceeding without counsel, with a petition for writ of habeas corpus. On April 19, 2024, petitioner filed a document docketed as "Notice re: Violation of Civil Rights." (ECF No. 7.) This pleading appears to be objections to findings and recommendations issued in a civil rights action filed by petitioner in this court, case no. 2:23-cv-2844 KJM CSK P.

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to remove petitioner's "Notice re: Violation of Civil Rights" filed in the instant action (ECF No. 7) and refile this pleading in case no. 2:23-cv-2844 KJM CSK P as objections to the findings and recommendations filed February 28, 2024.

///

///

1

Dated: April 24, 2024

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

Luc267.ord

2